UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICKY BARNETT, on behalf of himself
and those similarly situated,

        Plaintiff,

vs.                    Case No.  2:10-cv-333-FtM-29DNF

WRIGHT CONSTRUCTION GROUP, INC., a
Florida profit corporation,

        Defendant.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #15), filed July 22, 2010, recommending that the Joint Motion for Approval of Settlement Agreement (Doc. #14) be granted, the settlement be approved as fair and reasonable, and the case be dismissed.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. §

636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge and finds that the settlement was fair and reasonable.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #15) is hereby **adopted** and the findings incorporated herein.

2.  The Joint Motion for Approval of Settlement Agreement (Doc. #14) is **GRANTED** and the Settlement Agreement and Full and Final Mutual Release of All Claims (Doc. #14-1) is **approved** as fair and reasonable.

3.  The Clerk shall enter judgment dismissing the case with prejudice, except as provided by settlement, terminate all pending matters, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __9th__ day of August, 2010.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties